Case 1:17-cv-00240   Document 132   Filed on 08/28/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ELIA C. LOPEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF L.G.L. and L.M.L.** § § § § §<br><br>Plaintiffs,<br><br>v.<br><br>**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,**<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No. 1:17-CV-240<br><br><br><br>JURY REQUESTED |

**ORDER ON PLAINTIFF ELIA LOPEZ'S
STIPULATION OF DISMISSAL**

After considering Plaintiff Elia Lopez's Stipulation of Dismissal, the Court:

GRANTS Plaintiff Elia Lopez's unopposed Stipulation of Dismissal with prejudice.

SIGNED on August 28, 2021.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

/S/ Richard M. Zayas
Richard M. Zayas
Email: ZayasLawFirm@gmail.com
Attorney for Elia Lopez

CC:   Gustavo L. Acevedo, Jr.
      Email: GLAcevedo@aol.com
      Attorney for Lucinda Lopez

      Eduardo Garza
      Email: Eddie@EsparzaGarza.com
      Attorney for Defendant