Case 1:17-cv-00240   Document 140   Filed on 05/26/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELIA C. LOPEZ, INDIVIDUALLY, ET.AL. | § | |
| Plaintiffs | § | |
| | § | |
| V. | § | Civil No. B-17-240 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| Defendant | § | |

## ORDER OF DISMISSAL

Plaintiff Leonel Gerardo Lopez (L.G.L.), by and through his attorney of record, has informed the Court that he no longer wishes to pursue his claims and thus this matter has been resolved. Plaintiff and Defendant have prayed that all causes as to this named Defendant be dismissed with prejudice, and all parties have agreed thereto. It therefore appears to the Court that the dismissal should be made as prayed.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff Leonel Gerardo Lopez's (L.G.L.) cause be dismissed as to Defendant Brownsville Independent School District, with prejudice against all parties to file any same or similar actions, and with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

Signed
~~ENTERED~~ this 26th day of May, 2022.

_____
PRESIDING JUDGE